**Rita CRAWFORD–GRAHAM, Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Appellee.**

No. 02–3528.

United States Court of Appeals, Eighth Circuit.

Submitted June 6, 2003.

Decided Oct. 23, 2003.

Rita Crawford–Graham, pro se, St. Louis, MO, for Plaintiff–Appellant.

Joseph Moore, Asst. U.S. Attorney, St. Louis, MO, for Defendant–Appellee.

Before BOWMAN, MELLOY, and SMITH, Circuit Judges.

---

1. The Honorable John R. Tunheim, United States District Judge for the District of Minnesota.

PER CURIAM.

Rita Crawford–Graham appeals the district court's [1] adverse judgment following a bench trial in this Title VII employment-discrimination action. Following our careful review, we find no abuse of discretion in the district court's denial of Graham's recusal motion, or in the court's discovery and evidentiary rulings, and we affirm for the reasons stated in the district court's memorandum opinion. *See* 8th Cir. R. 47B. We deny Graham's motion to strike appellee's brief.

1. The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.